# EXHIBIT B

 **Xin Zhang**
Data Science Manager



↩ You replied to Xin

https://fb.workplace.com/notes/401426067515723/

two big quotes stick out in this Note

1)

"but it is also a subject of controversy from time to time."

2)

"Choosing big regression sizes might sound risky. However, if we cannot gather conclusive learnings from the test, we are putting our users through negative experiences for nothing."

If we intentionally "degrad[] some user experiences" we open ourselves personally and we open Messenger more generally to great risk. I'm actually not even sure if this is legal to do with regard to various consumer protection laws. When I was in team selection, I was told again and again that we never do this (which I guess is incorrect as looks like some people have done it).

So, on the one hand, an experiment is the best way to quantify the impact of battery drain. On the other hand, it's far too risky for me to advocate intentionally "degrading" a user experience—both legally and also PR-wise (plus you could actually hurt someone in an edge case). However, there are three other ways that I think we may be able to get to the impact 1) chief in my mind is what Elsie worked on with Ganga... tldr is that they had a huge background battery win, but DAP regressed, and Elsie crunched the numbers. I think in there may be a way to quantify impact since that should constitute a natural experiment. 2) Perhaps the experimental meta analysis may work, and 3) if we can run a 'positive' test with the same principle of the Note, just in the **other** direction that may also work!...I'll speak with Arnald about it

May 05, 1:06 AM  ↩