# EXHIBIT C

 **Xin Zhang**
Data Science Manager

to be clear, I did not suggest that we need to run negative experiments now. what I meant was that we need to step back and find out the real impact for battery       May 05, 3:59 PM

