**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------X
GEORGE HAYWARD,

          Plaintiff,

    -against-

META PLATFORMS, INC.,

          Defendant.
----------------------------------------------------------------------X

**Case No.: 1:23-cv-00514 (VBS)**

**NOTICE OF VOLUNTARY**
**DISMISSAL WITHOUT**
**PREJUDICE PURSUANT**
**TO F.R.C.P. 41(a)(1)(A)(i)**

      Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, George Hayward, by and through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendant, Meta Platforms. Inc., in lieu of Meta Platforms. Inc.'s internal arbitration agreement. Plaintiff states that this Notice has been filed prior to service by the Defendant of an answer or of a motion for summary judgment.

Dated: New York, New York
       January 26, 2023

                         **KAISER SAURBORN & MAIR, P.C.**

By: _____
                Daniel J. Kaiser, Esq. [DK-9387]
                William H. Kaiser, Esq. [WK-7106]

            Attorney for Plaintiff
            30 Broad Street, 37th Fl.
            New York, New York 10004
            (212) 338-9100